# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131533

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRUCE G. LYONS,
     Garnishor Plaintiff-Appellee,

v

                                              SC: 131533
                                              COA: 254575

JIM MOCERI & SONS, INC., and MARIANO
MOCERI, JR., a/k/a MARIO MOCERI,
     Defendants,

                                              Wayne CC: 98-817028-NO

and

MOCERI PRODUCE, INC.,
     Garnishee Defendant-Appellant.
_____/

     On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023